# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | KATHLEEN THORNTON & KEVIN COHEN |
| **Case Number:** | 2:08-bk-10475-SSC    **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 03, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PHH MORTGAGE CORP.

**R / M #:** 29 / 0

## Appearances:

MICHAEL J. FATTA, ATTORNEY FOR KATHLEEN THORNTON, KEVIN COHEN
LEONARD J. MCDONALD, ATTORNEY FOR PHH MORTGAGE CORP.

## Proceedings:

Mr. McDonald states that this matter has not been resolved. He asked the court to set a 30 minute final hearing.

COURT: IT IS ORDERED SETTING A 30 MINUTE FINAL HEARING FOR FEBRUARY 24, 2009 AT 10:00 A.M. PARTIES ARE DIRECTED TO FILE THEIR LISTS OF WITNESSES AND EXHIBITS ONE WEEK PRIOR TO THE HEARING.