# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | KATHLEEN THORNTON & KEVIN COHEN |
| **Case Number:** | 2:08-bk-10475-SSC    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, JULY 29, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PHH MORTGAGE

**R / M #:** 72 / 0

## *Appearances:*

MICHAEL J. FATTA, ATTORNEY FOR KATHLEEN THORNTON, KEVIN COHEN
LEONARD J. MCDONALD, ATTORNEY FOR PHH MORTGAGE

## *Proceedings:*

Mr. McDonald states that the discharge has been entered and that he will work with Mr. Fatta on payments.

COURT: THE COURT NOTES THAT THE STAY HAS BEEN VACATED AS A MATTER OF LAW AND PARTIES WILL WORK ON PAYMENTS.