**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

Dated: August 18, 2009

_____
**SARAH S. CURLEY
U.S. Bankruptcy Judge**
_____

Thomas H. Allen, State Bar #11160
Dawn M. Bayne, State Bar #20368
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
E-mail: dbayne@asbazlaw.com

Attorney for Trustee Diane M. Mann

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

KATHLEEN THORNTON FKA KATHLEEN THORTON COHEN AKA KATHLEEN KEARNEY and KEVIN COHEN,

Debtors.

CHAPTER 7

Case No. 2-08-bk-10475-SSC

**ORDER COMPELLING TURNOVER OF ESTATE PROPERTY**

This Court, having reviewed and considered the *Motion to Compel Turnover Pursuant to U.S.C. §§ 541 and 542* ("Motion") filed by the Chapter 7 Trustee, Diane M. Mann ("Trustee"), Kathleen Thornton fka Kathleen Thorton Cohen aka Kathleen Kearney and Kevin Cohen ("Debtors") having failed to appear or respond to the Motion, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Trustee's Motion.

**IT IS FURTHER ORDERED** compelling and directing Debtors to turnover non-exempt wages in the amount of $719.32 to the Trustee within ten (10) days from the date of this Order.

**IT IS FURTHER ORDERED** authorizing the Trustee to seek a revocation of the Debtors' discharge by separate adversary proceeding, for failing to comply with this Order.

**DATED AND SIGNED ABOVE**