**SIGNED.**



# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: October 12, 2009

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-61135/0035444439

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-10475-SSC |
| Kathleen Thornton and Kevin Cohen<br>    Debtors. | Chapter 7 |
| PHH Horne Loans, LLC d/b/a Coldwell Banker Horne Loans<br>    Movant,<br>vs.<br>Kathleen Thornton and Kevin Cohen, Debtors; Diane M. Mann, Trustee.<br>    Respondents. | O R D E R<br>(Related to Docket #72) |

This matter having come before the Court for a Preliminary Hearing on September 29, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Michael J. Fatta, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated April 17, 2006, and recorded on May 4, 2006 in File Number 2006041654, in the office of the MORRIS County Recorder at wherein PHH Horne Loans, LLC d/b/a Coldwell Banker Horne Loans is the current beneficiary and Kathleen Thornton and Kevin Cohen have an interest in, further described as:

   A PARCEL OF LAND SITUATED IN THE STATE OF NEW JERSEY, COUNTY OF MORRIS, WITH A STREET LOCATION ADDRESS OF 22 HIGHVIEW TER; WHARTON, NJ 07885-2952 CURRENTLY OWNED BY KATHLEEN THORNTON-COHEN HAVING A TAX IDENTIFICATION NUMBER OF 14-00299-0000-00082 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED IN BOOK/PAGE OR DOCUMENT NUMBER 5864-56 DATED 5/29/2003. JEFFERSON TWP.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT